1  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   TAI S. MILDER (Cal. Bar No. 267070)
2  MAY LEE HEYE (Cal. Bar No. 209366)
   KELSEY C. LINNETT (Cal. Bar No. 274547)
3  Trial Attorneys
   U.S. Department of Justice
4  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
5  San Francisco, California 94102-3478
   Telephone: (415) 436-6660
6



FILED

NOV 05 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. 2:10-CR-0144 EJG

12                  Plaintiff,

13          v.

14  ANTHONY B. GHIO,

15                  Defendant.

16  _____

17  UNITED STATES OF AMERICA,        No. 2:10-CR-0238 EJG

18                  Plaintiff,

19          v.

20  THEODORE B. HUTZ,

21                  Defendant.

22  _____

23  UNITED STATES OF AMERICA,        NO. 2:10-CR-0239 EJG

24                  Plaintiff,

25          v.

26  JOHN R. VANZETTI,

27                  Defendant.

28

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

RICHARD W. NORTHCUTT,

                Defendant.

NO. 2:11-CR-0038 EJG

_____

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

YAMA MARIFAT,

                Defendant.

No. 2:11-CR-0039 EJG

_____

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

GREGORY L. JACKSON,

                Defendant.

No. 2:11-CR-0090 EJG

_____

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

WALTER DANIEL OLMSTEAD,

                Defendant.

No: 2:11-CR-0291 EJG

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

ROBERT ROSE,

        Defendant.

NO. 2:11-CR-0292 EJG

---

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

KENNETH A. SWANGER,

        Defendant.

No. 2:11-CR-0492 EJG

---

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

WILEY C. CHANDLER,

        Defendant.

No. 2:11-CR-511 EJG

---

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONFERENCES**

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on November 9, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

3

1  defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.

2  Joachim, and W. Theodore Longley, are on the Court's calendar

3  for a trial commencing on November 4, 2013.

4      The government will not be able to fully determine its

5  sentencing recommendation for defendants Ghio, Hutz, Vanzetti,

6  Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and

7  Chandler until after a trial in the related case.   Therefore,

8  per agreement with defense counsel, it is respectfully requested

9  that the status conference for these individuals that is

10  currently set for **November 9, 2012** be continued to **December 20,**

11  **2013** at 10:00 a.m.   The United States Probation Office is in

12  accord with this approach.   It is anticipated that at that time,

13  the parties will be in a better position to request dates for

14  judgment and sentencing and disclosure schedules for presentence

15  reports.

16

17  Dated: November 2, 2012                Respectfully submitted,

18

19                                         /s/ Tai S. Milder
                                           Anna Tryon Pletcher
20                                         Tai S. Milder
                                           May Lee Heye
21                                         Kelsey C. Linnett
                                           Trial Attorneys
22                                         U.S. Department of Justice
23                                         Antitrust Division

24                                         /s/ Micheal S. Thorman *
                                           MICHEAL S. THORMAN
25                                         Counsel for Anthony Ghio

26                                         /s/ Kresta Nora Daly *
27                                         KRESTA NORA DALY
                                           Counsel for Theodore B. Hutz
28


                                    4

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W.
Northcutt

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L.
Jackson

/s/ Carl M. Fallen *
CARL M. FALLEN
Counsel for Walter Daniel
Olmstead

/s/ Ismael Ramsey *
ISMAEL RAMSEY
Counsel for Robert Rose

/s/ William J. Portonova *
WILLIAM J. PORTONOVA
Counsel for Kenneth A.
Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

* Signed with permission.

5

[PROPOSED] ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **November 9, 2012** to **December 20, 2013.**

IT IS SO ORDERED.

DATE:  11/5/12

HON. EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE