ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California  94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0291-WBS |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER SETTING HEARING FOR JUDGMENT AND SENTENCING** |
| v. | |
| WALTER DANIEL OLMSTEAD, | Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |
| Defendant. | |

**STIPULATION**

The defendant in the above-entitled case is on the Court's calendar for a status conference on April 7, 2014.  The parties are now prepared to proceed to judgment and sentencing in this case.  Therefore, the parties respectfully request that the Court vacate the **April 7, 2014** status conference, and instead set a hearing for judgment and sentencing on **August 25, 2014** at 9:30 a.m.  The United States Probation Office is in accord with this approach.

///

///

///

///

UNITED STATES' STIP. AND PROPOSED ORDER

1

1  IT IS SO STIPULATED.

2

3  Dated:        March 28, 2014                    Respectfully submitted,

4
                                                   /s/ Tai Milder
5                                                  Anna Tryon Pletcher
                                                   Tai S. Milder
6                                                  May Lee Heye
                                                   Kelsey C. Linnett
7                                                  Trial Attorneys
                                                   U.S. Department of Justice
8                                                  Antitrust Division

9

10
                                                   /s/ Carl Faller*
11                                                 CARL FALLER
                                                   Counsel for Walter Daniel Olmstead
12

13

14

15

16  *Signed with permission

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' STIP. AND PROPOSED ORDER

2

**ORDER**

The Court hereby vacates the status conference for defendant Walter Daniel Olmstead set for **April 7, 2014**, and sets a hearing for judgment and sentencing on **August 25, 2014 at 9:30 a.m**.

IT IS SO ORDERED.

Dated:  March 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE