1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-412-4746
4  carl.faller@fallerdefense,com

5

6  Attorney for Defendant
   WALTER DANIEL OLMSTEAD

7

8  **IN THE UNITED STATED DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:11-CR-0291 WBS |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER SETTING HEARING FOR JUDGMENT AND SENTENCING |
| vs. | ) |
| WALTER DANIEL OLMSTEAD, | ) Date:  October 14, 2014 |
| Defendant. | ) Time:  9:30 am<br>) Honorable William B. Shubb |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record.

The defendant in the above-entitled case is currently set for Judgment and Sentencing on August 25, 2014 at 9:30 am.  The parties respectfully request that the court vacate the August 25, 2014 sentencing date and set a new hearing for Judgment and Sentencing on October 14, 2014 at 9:30 am.  The United States Probation Office is in accord with this request.

Dated:  May 15, 2014

                                            /s/  Carl M. Faller_____
                                            CARL M. FALLER
                                            Attorney for Defendant
                                            WALTER DANIEL OLMSTEAD

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


                            By:  /s/ Tai Milder*
                                 TAI S. MILDER
                                 ANNA TRYON FLETCHER
                                 MAY LEE HEYNE
                                 KELSEY C. LINNETT
                                 Trial Attorneys
                                 U.S. Department of Justice
                                 Antitrust Division
                                 Assistant U.S. Attorney
```

*Signed with permission

## ORDER

The Court hereby vacates the sentencing hearing for Walter Daniel Olmstead set for August 25, 2014, and sets a hearing for Judgment and Sentencing on October 14, 2014 at 9:30 am.

IT IS SO ORDERED.

Dated:  May 16, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE