**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA

Plaintiff(s),

Case No. 2:11-CR-00291-WBS

v.

WALTER DANIEL OLMSTEAD

Defendant(s).

I, Alan Ellis, attorney for Walter Daniel Olmstead, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:          LAW OFFICES OF ALAN ELLIS

Address:              1299 Fourth Street, Suite 202

_____

City:                     San Rafael

State:                   CA   ZIP Code: 94901

Voice Phone:       (415) 256-9775

FAX Phone:         (415) 256-9772

Internet E-mail:    AELaw1@aol.com

Additional E-mail:  AELaw4@aol.com, AELaw50@aol.com

I reside in City:    Greenbrae  State:  CA

I was admitted to practice in the <u>Supreme Court of Pennsylvania</u>

on <u>January 8, 1968</u>.  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I  have not concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:            <u>Carl Faller</u>

Firm Name:       _____

Address:         <u>P. O. Box 912</u>

                 _____

City:            <u>Fresno</u>

State:           <u>CA</u>   ZIP Code: <u>93714</u>

Voice Phone:     <u>(559) 226-1534</u>

FAX Phone:       <u>(559) 734-0867</u>

E-mail:          <u>Carl.Faller@fallerdefense.com</u>

Dated: June 24, 2014              Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated:  July 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE